# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

155380(59)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

KERRI HUNTER OTTO, Next Friend of
BAILEY ANN MARIE NOBLE, Minor,
     Plaintiff-Appellee,

v

INN AT WATERVALE, INC.,
     Defendant-Appellant.

_____/

SC: 155380
COA: 330214
Benzie CC: 14-009969-NO

     On order of the Chief Justice, the motion of the Surfrider Foundation to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before January 19, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk